AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L. | U.S. Court of Appeals, 3rd Cir | 05/7/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Courthouse<br>844 King Street, Lock Box 32<br>Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Thomas L. Ambro Revocable Trust |
| 2. Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. Chairman | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. Member | Board of Editors, Delaware Lawyer |
| 5. Member | Board of Editors, Delaware Law Review |
| 6. Member | Board of Trustees of the American Inns of Court |
| 7. Member | Editorial Board of The Business Lawyer |
| 8. Member | Editorial Board of Business Law Today |
| 9. Member | Executive Committee of the Board of Directors of the Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 10: 41 FINANCIAL DISCLOSURE OFFICE

Ambro_Thomas_L

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | State of Delaware - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Notre Dame Law School | Feb 20-21, 2008 | South Bend, IN | Moot Court | Transportation, Lodging & Meals |
| 2. American College of Bankruptcy | Mar 14-16, 2008 | Washington, DC | Induction Ceremony Speech | Transportation & Meals |
| 3. Case Western Reserve University Law School | Apr 4-5, 2008 | Cleveland, OH | Moot Court | Transportation, Lodging & Meals |
| 4. Federal Judges Association | May 3-4, 2008 | Washington, DC | Board Meeting | Transportation, Lodging & Meals |
| 5. American Inns of Court Foundation | May 16-18, 2008 | Fort Worth, TX | Board of Trustees Meeting | Transportation, Lodging & Meals |
| 6. American Bar Association | Aug 8-10, 2008 | New York City, NY | Annual Meeting | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

| | | | | |
|---|---|---|---|---|
| 7. American Bar Association | Oct 28, 2008 | New York City, NY | CLE program participant | Transportation |
| 8. Pennsylvania Bar Institute | Nov 12, 2008 | Philadelphia, PA | Lecture | Transportation |
| 9. Pennsylvania Bar Institute | Nov 13-14, 2008 | Philadelphia, PA | CLE program panelist | Transportation & Lodging |
| 10 Federal Judges Association | Dec 2-3, 2008 | Washington, DC | Meeting | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commerce Bank, N.A., now known as TD Bank | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 147) | P1 |
| 2. | Commerce Bank, N.A., now known as TD Bank | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 147) | P1 |
| 3. | Commerce Bank, N.A., now known as TD Bank | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 147) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wilmington Trust Account | A | Interest | K | T | | | | | |
| 2.  Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3.  Wilmington Tax Exempt Investor | A | Interest | J | T | | | | | |
| 4.  Delaware State Bond 6.1% | | None | K | T | | | | | |
| 5.  Glasgow Professional Properties Inc | B | Interest | O | W | | | | | |
| 6.  Trust Account #6 | C | Dividend | M | T | | | | | |
| 7.  - Evergreen Municipal Money Market FD ( cash equivalent) | | | | | | | | | |
| 8.  - Centerpoint Energy Inc | | | | | | | | | |
| 9.  - Harris Assoc Oakmark I | | | | | | | | | |
| 10.  - Southwest Water Co | | | | | | | | | |
| 11.  Trust Account #7 | E | Int./Div. | O | T | | | | | |
| 12.  - ING Funds Intr Value | | | | | Sold (part) | 2/1 | K | E | |
| 13. | | | | | Sold | 10/3 | M | | |
| 14.  - Oakmark Global Fund CL I | | | | | Buy (add'l) | 1/2 | J | | |
| 15. | | | | | Buy (add'l) | 2/1 | J | | |
| 16. | | | | | Buy (add'l) | 3/3 | J | | |
| 17. | | | | | Buy (add'l) | 4/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 5/1 | J | | |
| 19. | | | | | Buy (add'l) | 6/2 | J | | |
| 20. | | | | | Buy (add'l) | 7/1 | J | | |
| 21. | | | | | Buy (add'l) | 8/1 | J | | |
| 22. | | | | | Buy (add'l) | 9/2 | J | | |
| 23. | | | | | Buy (add'l) | 10/1 | J | | |
| 24. | | | | | Buy (add'l) | 11/3 | J | | |
| 25. | | | | | Buy (add'l) | 12/1 | J | | |
| 26.   - Bridgeway Ultra-Small Co | | | | | Sold (part) | 12/16 | K | | |
| 27.   - T Rowe Price Cap Appr FD | | | | | Sold (part) | 1/16 | L | C | |
| 28. | | | | | Sold (part) | 7/24 | J | | |
| 29.   - Fairholme Fund | | | | | | | | | |
| 30.   - CGM Focus Fund | | | | | | | | | |
| 31.   - T Rowe Price Equity Income | | | | | | | | | |
| 32.   - Primecap Odyssey Agg Grw | | | | | Sold | 10/3 | J | | |
| 33.   - Duke Energy Corp | | | | | Buy | 12/16 | J | | |
| 34.   - Microsoft Corp | | | | | Buy | 12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Artio International Fund | | | | | Buy | 2/4 | L | | |
| 36.   - The Southern Company | | | | | Buy | 12/16 | J | | |
| 37.   - Federated Strategic Value Fund | | | | | Buy | 1/18 | K | | |
| 38.   - Federated Municipal Untrashort Fund Institutional | | | | | Buy | 8/29 | L | | |
| 39. | | | | | Sold (part) | 10/13 | K | | |
| 40.   - John Hancock Regional Bank Class A | | | | | Buy | 1/16 | K | | |
| 41. | | | | | Sold | 8/27 | K | | |
| 42.   - Davis Financial Fund CL A | | | | | Buy | 1/18 | K | | |
| 43. | | | | | Sold | 8/27 | K | | |
| 44.   IRA Account #1 | D | Dividend | M | T | | | | | |
| 45.   - Goldman Schs TR ILA Money Market | | | | | Sold (part) | 1/16 | K | | |
| 46. | | | | | Sold | 6/25 | J | | |
| 47.   - Oakmark Global Fund | | | | | | | | | |
| 48.   - Oakmark Fund Class I | | | | | | | | | |
| 49.   - Bridgeway FD Inc | | | | | | | | | |
| 50.   - Franklin Cust Income FD | | | | | | | | | |
| 51.   - T Rowe Price Cap Appr FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Dodge & Cox Intl Stock Fund | | | | | Sold (part) | 2/1 | K | C | |
| 53. - Fairholme Fund | | | | | | | | | |
| 54. - Nuveen Multistrategy Income and Growth FD | | | | | Sold (part) | 1/18 | K | | |
| 55. | | | | | Sold (part) | 5/12 | K | | |
| 56. | | | | | Sold | 6/2 | K | | |
| 57. - Federated Strategic Value Fund | | | | | Buy | 1/18 | J | | |
| 58. - Harris Assoc Invt TR Oakmark Equity & Income | | | | | Buy | 10/2 | K | | |
| 59. | | | | | Buy (add'l) | 10/23 | J | | |
| 60. - Artio International Equity Fund II | | | | | Buy | 2/4 | K | | |
| 61. - Kinetics Mutual Funds Inc Paradigm FD | | | | | Buy | 1/16 | J | | |
| 62. | | | | | Buy (add'l) | 1/18 | J | | |
| 63. - Loomis Sayles Invt TR Bond Class R | | | | | Buy | 10/2 | K | | |
| 64. - Russell Invt Co Money Market FD CL S | | | | | Buy | 6/26 | L | | |
| 65. | | | | | Buy (add'l) | 7/1 | J | | |
| 66. | | | | | Sold (part) | 7/24 | J | | |
| 67. | | | | | Sold | 10/3 | L | | |
| 68. IRA Account #2 | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Goldman Sachs TR ILA Money Market | | | | | Sold | 6/25 | K | | |
| 70. - Dominion Res Inc VA New | | | | | | | | | |
| 71. - Teco Energy Inc | | | | | | | | | |
| 72. - Oakmark Global Fund | | | | | | | | | |
| 73. - Bridgeway FD Inc Ultra-Small Co | | | | | | | | | |
| 74. - Centerpoint Energy Inc | | | | | | | | | |
| 75. - Franklin Cust Income FD | | | | | Sold (part) | 11/13 | L | | |
| 76. - T Rowe Price Cap Appr Fund | | | | | | | | | |
| 77. - Dodge & Cox Intl Stock Fund | | | | | Sold (part) | 2/1 | L | E | |
| 78. - Fairholme Fund | | | | | | | | | |
| 79. - Rowe T Price Equity Income FD | | | | | | | | | |
| 80. - Nuveen Multistrategy Income and Growth FD | | | | | Sold | 11/7 | L | | |
| 81. - Nuveen Multistrategy Income and Growth I | | | | | Sold (part) | 1/18 | K | | |
| 82. | | | | | Sold (part) | 4/28 | L | | |
| 83. | | | | | Sold (part) | 5/12 | L | | |
| 84. | | | | | Sold (part) | 5/27 | L | | |
| 85. | | | | | Sold (part) | 6/2 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/7 | K | | |
| 87. - Nuveen Qual Income PFD | | | | | Sold (part) | 6/5 | K | | |
| 88. | | | | | Sold (part) | 9/4 | K | | |
| 89. | | | | | Sold | 9/25 | K | | |
| 90. - Aston Funds Small Cap Value Fund | | | | | Sold | 8/27 | K | | |
| 91. - Cheasapeake Energy Corp | | | | | Buy | 7/24 | K | | |
| 92. | | | | | Buy (add'l) | 9/23 | K | | |
| 93. - Devon Energy Corp New | | | | | Buy | 7/30 | J | | |
| 94. | | | | | Buy (add'l) | 11/25 | J | | |
| 95. - Hornbeck Offshore Services Inc | | | | | Buy | 11/25 | K | | |
| 96. - XTO Energy Inc | | | | | Buy | 8/7 | J | | |
| 97. - Dodge & Co Global Stock Fund | | | | | Buy | 9/22 | K | | |
| 98. - Federated Strategic Value Fund Class | | | | | Buy | 1/18 | K | | |
| 99. | | | | | Buy (add'l) | 9/22 | K | | |
| 100. - Harris Assoc Invt TR Oakmark Global Select Fund | | | | | Buy | 9/24 | K | | |
| 101. - Harris Assoc Invt TR Oakmark Equity & Income Fund | | | | | Buy | 10/2 | M | | |
| 102. | | | | | Buy (add'l) | 10/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/13 | L | | |
| 104.  - Artio International Equity Fund II | | | | | Buy | 2/4 | L | | |
| 105.  - Kinetics Mutual FDS Inc Paradigm FD | | | | | Buy | 1/18 | K | | |
| 106. | | | | | Buy (add'l) | 9/22 | K | | |
| 107. | | | | | Buy (add'l) | 11/13 | L | | |
| 108.  - Loomis Sayles Invt TR | | | | | Buy | 10/2 | M | | |
| 109.  - Russell Invt Co Money Market FD CL S | | | | | Buy | 6/26 | N | | |
| 110. | | | | | Sold (part) | 7/21 | J | | |
| 111. | | | | | Buy (add'l) | 7/29 | K | | |
| 112. | | | | | Sold (part) | 7/29 | K | | |
| 113. | | | | | Buy (add'l) | 7/30 | J | | |
| 114. | | | | | Sold (part) | 7/30 | J | | |
| 115. | | | | | Buy (add'l) | 8/1 | J | | |
| 116. | | | | | Sold (part) | 8/7 | J | | |
| 117. | | | | | Buy (add'l) | 8/26 | K | | |
| 118. | | | | | Buy (add'l) | 9/2 | J | | |
| 119. | | | | | Sold (part) | 9/22 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/1 | J | | |
| 121. | | | | | Sold | 10/2 | M | | |
| 122. Trust Account #12 | E | Int./Div. | O | T | | | | | |
| 123. - ING Funds Intr Value | | | | | Sold (part) | 2/1 | M | E | |
| 124. | | | | | Sold (part) | 7/21 | J | A | |
| 125. | | | | | Sold | 10/3 | M | D | |
| 126. - Oakmark Global Fund | | | | | Donated (part) | | | | |
| 127. - Bridgeway Ultra-Small Co Mkt Fund | | | | | Sold | 12/16 | K | | |
| 128. - T Rowe Price Cap Appr Fund | | | | | Sold (part) | 1/16 | J | A | |
| 129. - Fairholme Fund | | | | | Donated (part) | | | | |
| 130. - CGM Focus Fund | | | | | | | | | |
| 131. - Dodge & Cox Intl Stock Fund | | | | | | | | | |
| 132. - Prime Odyssey AGG Grw | | | | | Sold | 10/3 | K | | |
| 133. - Alpine Income TR Mun Money | | | | | Buy | 10/6 | M | | |
| 134. | | | | | Sold (part) | 10/13 | M | | |
| 135. | | | | | Sold (part) | 10/22 | J | | |
| 136. | | | | | Buy (add'l) | 11/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/18 | K | | |
| 138. | | | | | Buy (add'l) | 12/11 | K | | |
| 139. | | | | | Sold (part) | 12/16 | J | | |
| 140. | | | | | Sold | 12/17 | K | | |
| 141.  - Cheasapeake Energy Corp | | | | | Buy | 10/13 | L | | |
| 142.  - Cisco Systems Inc | | | | | Buy | 12/16 | J | | |
| 143.  - Hornbeck Offshore Services Inc | | | | | Buy | 10/13 | K | | |
| 144.  - Johnson & Johnson | | | | | Buy | 12/16 | J | | |
| 145.  - Artio International Equity Fund II | | | | | Buy | 2/4 | L | | |
| 146.  - Kinetics Mutual FDS Inc Paradigm FD | | | | | Buy | 10/13 | K | | |
| 147.  Springside, LLC (2000 - $300,000) | B | Interest | P1 | W | | | | | |
| 148.  Legg Mason Opportunity Trust | B | Dividend | J | T | | | | | |
| 149.  Middletown Professional Properties, LLC, (2004 - $80,925) | E | Rent | L | R | | | | | |
| 150.  Schneider Value Fund | B | Dividend | K | T | | | | | |
| 151.  Trust #13 | D | Int./Div. | O | T | | | | | |
| 152.  - Delaware St Health Facs Bond | | | | | Redeemed | 2/25 | M | | |
| 153.  - Nuveen Trdwinds Glbl | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Alpine Income TR Mun Money Mkt | | | | | Buy | 6/25 | J | | |
| 155. | | | | | Sold (part) | 7/9 | J | | |
| 156. | | | | | Buy (add'l) | 10/6 | M | | |
| 157. - Federated Municipal Ultrashort Fund Institutional Class | | | | | Buy | 8/29 | N | | |
| 158. - Delaware St Health Facs Ath RV Nemours | | | | | Buy | 1/29 | M | | |
| 159. | | | | | Buy (add'l) | 2/26 | M | | |
| 160. | | | | | Redeemed | 8/28 | N | | |
| 161. - Delaware St Health Facs Bond Christina Care | | | | | Buy | 1/25 | N | | |
| 162. | | | | | Sold | 1/25 | N | | |
| 163. Note Receivable from ███████ ███ | | None | | | Matured | 1/11 | J | | |
| 164. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Assets listed in Part VII, Lines 16, 70 & 72 of prior year report should have been listed as sold rather than partial sale.

Asset listed in Part VII, Line 149 has rental income from property located in Middletown, DE.

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/7/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544